# ALABAMA COURT OF CRIMINAL APPEALS



May 17, 2024

**CR-2023-0366**

Derrell Ray Prewitt v. State of Alabama (Appeal from Tuscaloosa Circuit Court: CC-19-1120)

# NOTICE

You are hereby notified that on May 17, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk